IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: The Nomination Petitions of  :
Daniel B. Smith, Jr. as a Democratic  :
Candidate for State Representative  :
in the 12th Legislative District  :  No.  138 M.D. 2018
                                      :
Petition of: Rizwan Mahmood and  :
Kevin R. Costello  :

## ***ORDER***

AND NOW, this 9th day of April, 2018, it is ORDERED that the above-captioned Memorandum Opinion filed March 29, 2018, shall be designated OPINION and shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge